FILED
 2009 Jun-24  AM 09:13
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **CLEMME D. CONLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 5:09-cv-0487-CLS** |
| ) | |
| **FIRST FRANKLIN FINANCIAL** ) | |
| **CORPORATION and BANK OF** ) | |
| **AMERICA, N.A.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

Pursuant to plaintiff's "Notice of Settlement and Dismissal with Prejudice of Bank of America,"[1] it is ORDERED that all of plaintiff's claims against defendant Bank of America are DISMISSED with prejudice. Costs incurred between plaintiff and Bank of America are taxed as paid. As Bank of America was the last remaining defendant, the Clerk of Court is directed to close this file.

**DONE** and **ORDERED** 24th day of June, 2009.

_____
United States District Judge

---

[1] Doc. no. 18.